UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, NATIONAL ASSOCIATION,

      Plaintiff,

v.                                              Case No:  2:12-cv-336-FtM-99SPC

CAO ENTERPRISES, LLC, WHITE LAKE
COMMONS ASSOCIATION, INC. and
UNKNOWN TENANTS,

      Defendants.
_____/

## ORDER

      This matter comes before the Court on the Parties' Response to Order to Show Cause (Doc. #40) filed on December 5, 2012.  In response to the Court's Order to Show Cause (Doc. #39) issued on November 21, 2012, the Parties inform the Court of their selection of mediator and the scheduled mediation date in the instant Notice.

      Accordingly, it is now

      **ORDERED:**

      The Court will take no further action on its Order to Show Cause (Doc. #39).

      **DONE** and **ORDERED** in Fort Myers, Florida this 6th day of December, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record